**Order entered April 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01560-CR

**WILLIAM WAYNE HENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-25022-R**

### ORDER

On March 25, 2020, we ordered the Dallas County District Clerk to file, by April 8, 2020, a supplemental clerk's record containing the presentence investigation report in this case. Before the Court is the April 28, 2020 request of the Dallas County District Clerk for additional time to comply. We **GRANT** the request and **ORDER** the supplemental clerk's record filed by May 22, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE